DOROTHY S. TRIEBEL, as Executrix of W. FRANKLIN TRIEBEL, Deceased, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28408.)

Argued May 24, 1949; decided June 3, 1949.

*William H. Montgomery* and *Joseph Jiudice* for appellant.
*Nathaniel L. Goldstein, Attorney-General (Wortley B. Paul* and *Wendell P. Brown* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE. FULD and BROMLEY, JJ.